UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

        v.                               10-cr-713 (DAB)
                                          ORDER
YAN KANDINOV,

                Defendant.
-------------------------------X

**DEBORAH A. BATTS**, United States District Judge.

    The Court has reviewed the correspondence in this matter dated August 4, 2014; August 19, 2014; September 2, 2014; and September 29, 2014. The Court agrees with the Defendant that the Government's reasoning is speculative yet agrees with the Government that the Court, at this stage in the proceedings, has no jurisdiction. The Court therefore DENIES Defendant's motion for return of the $130,443.00 without prejudice.

SO ORDERED.

Dated:    October 6, 2014

        New York, New York

                                          _/s/ Deborah A. Batts_
                                            Deborah A. Batts
                                  United States District Judge